UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

SEP 1 1 2009

LODGED_____ REC'D ⟋⟋
PAID  8.59  DOCKETED___

In re
**Charles Martin Whitley**
**Amy Rose Whitley**

Debtor(s)

) Case No. **08-64952**
)
) LIST OF CREDITORS
) ENTITLED TO
) SMALL DIVIDENDS
)

I, the undersigned case trustee for this estate, certify that the following creditors were entitled to under $5.00 if a chapter 7 case or $15.00 if a chapter 12 or 13 case, and that attached hereto is a check in the amount of $____**$8.59**____ (i.e., the total amount of all dividends listed below) which should be deposited by the Clerk in the U.S. Treasury pursuant to Bankruptcy Rule 3010:

| CLAIM NO. | CREDITOR NAME/ADDRESS | DIVIDEND |
|---|---|---|
| | Please see attached list | $8.59 |
| | TOTAL: | $8.59 |

_____
Trustee

DATE:_____

393 (6/29/94)

# DIVIDENDS REMITTED TO THE COURT

Check Number 1009 Dated 09/09/09
Case Number 08-64952 - WHITLEY, CHARLES MARTIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Liberty Bank<br>PO Box 11496<br>Eugene, OR 97440-3696<br>    A/C 0025 Line of Credit | 000001 | 28,826.93 | 2.71 |
| PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>    Shell CC A/C 7998 | 000002 | 195.56 | 0.02 |
| CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>    A/C 0678 | 000003 | 1,466.56 | 0.14 |
| Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br>    A/C 0747 | 000004 | 10,099.08 | 0.95 |
| Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809<br>    A/C 9572 / 5415 | 000005 | 49,806.38 | 4.67 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba CHEVRON TEXACO PLCC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>    A/C 4222 | 000006 | 1,066.56 | 0.10 |
| ---------- Remittance Total --------------- | | 91,461.07 | 8.59 |

*signature*
AMBORN, CANDACE, Trustee